AO91 (Rev. 12/03)  Criminal Complaint                                        AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**  
vs.

**CRIMINAL COMPLAINT**

Case Number: 7:19-po-07076

Paulo Roberto DA SILVA  
IAE  
Brazil 1968

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 17, 2019** in **Starr** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Paulo Roberto DA SILVA was encountered by Border Patrol Agents near Roma, Texas on May 17, 2019. When questioned as to his citizenship, defendant stated that he was a citizen and national of Brazil, who had entered the United States illegally on May 17, 2019 by rafting across the Rio Grande River near the Roma, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

/S/ Meador, Kellen  Border Patrol Agent  
Signature of Complainant

Meador, Kellen   Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 18, 2019                                           at         McAllen, Texas  
Date                                                                   City/State

J Scott Hacker         U.S. Magistrate Judge  
Name of Judge          Title of Judge                       Signature of Judge